UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

    Plaintiff,

Case No. 09-cv-14825

HONORABLE STEPHEN J. MURPHY, III

v.

BROOKS KUSHMAN, PC,
JOHN LEROY, AND BRIAN TOBIN,

    Defendants.
_____/

## JUDGMENT

The matter having come before the Court on the Report and Recommendation of the magistrate judge, and the Court having granted Defendants' motion to dismiss and/or motion for summary judgment, and resolved all other pending motions in an opinion and order dated today,

**IT IS ORDERED AND ADJUDGED** that judgement is entered in favor of Defendants and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan this 30th day of September, 2010.

                DAVID WEAVER
                CLERK OF THE COURT

                BY:  s/A. Greer
                      DEPUTY CLERK

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2010, by electronic and/or ordinary mail.

        s/Alissa Greer
        Case Manager