Case No. 10-2416

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GREGORY HARDY

    Plaintiff - Appellant

v.

BROOKS KUSHMAN, PC; JOHN S. LEROY; BRIAN S. TOBIN

    Defendants - Appellees


Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

    The proper fee was not paid by December 8, 2010.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Leonard Green, Clerk

Issued:  January 05, 2011

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564–7000 |
| Clerk | CINCINNATI, OHIO 45202–3988 | www.ca6.uscourts.gov |

Filed: January 05, 2011

Gregory Hardy
440 N. Church Street
Kalamazoo, MI 49007

      Re: Case No. 10–2416 , *Gregory Hardy v. Brooks Kushman, PC, et al*
        Originating Case No. : 09–14825

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Scott J. Swearingen
                Case Manager
                Direct Dial No. 513–564–7011
                Fax No. 513–564–7096

cc: Ms. Tracey Marie Bobo
   Mr. Brian D. Einhorn
   Mr. David J. Weaver

Enclosure

No mandate to issue